No. 11–11129.  BOWELL v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–11131.  CRIDER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–11132.  DITTMER v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  Ct. App. Mich.  Certiorari denied.

No. 11–11133.  WHITMORE v. HILL ET AL.  C. A. 10th Cir. Certiorari denied.

No. 11–11134.  GUY v. WILSON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–11135.  FRANCIS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 11–11136.  HALL v. PEOPLES ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 11–11138.  JOHNSON v. HENDERSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–11139.  MATTHEWS v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 11–11140.  GRAVES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–11141.  GAY v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 11–11142.  KIDD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–11143.  MENDEZ v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–11144.  MACKAY v. PLAN ADMINISTRATOR BENEFITS OUTSOURCING ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–11145.  GERMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.